**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1344**

QUANCIDINE HINSON-GRIBBLE,

Plaintiff - Appellant,

v.

LAW OFFICES OF MICHAEL A. DEMAYO; MICHAEL A. DEMAYO, Attorney,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (5:19-cv-00014-BO)

Submitted:  May 23, 2019                                    Decided:  May 28, 2019

Before KING and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed as modified by unpublished per curiam opinion.

Quancidine Hinson-Gribble, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quancidine Hinson-Gribble appeals the district court's order adopting the magistrate judge's recommendation and dismissing her civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. However, a dismissal for lack of subject matter jurisdiction should be without prejudice. *S. Walk at Broadlands Homeowner's Ass'n, Inc. v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013). Accordingly, we modify the district court's judgment to reflect that the dismissal is without prejudice and affirm as modified for the reasons stated by the district court. *Hinson-Gribble v. Law Offices of Michael A. DeMayo*, No. 5:19-cv-00014-BO (E.D.N.C. Mar. 19, 2019); *see also* 28 U.S.C. § 2106 (2012) (permitting appellate court to affirm or modify judgment under review). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*